

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-00992-CV

JORDAN AND ASSOCIATES, Appellant

V.

LISA WELLS, Appellee

Appeal from the 506th District Court of Grimes County. (Tr. Ct. No. 32055).

This is a statutory interlocutory appeal from the trial court's November 3, 2014 order denying appellant's motion to dismiss. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order in that it denied the motion to dismiss filed by Jordan and Associates. Accordingly, the Court **reverses** the trial court's order and **remands** the case to the trial court for entry of judgment dismissing appellee Lisa Wells's claims against Jordan and Associates.

The Court **orders** that the appellee, Lisa Wells, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 30, 2015. Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Justice Massengale.